BENNET GORDON, Appellant-Respondent, *v.* HELEN MAZUR et al., Individually and as Trustees, Respondents-Appellants.

Argued February 24, 1955; decided March 11, 1955.

*Abraham Wilson* and *Harold N. Schwinger* for appellant-respondent.

*Samuel Gottlieb* and *Harry Giesow* for respondents-appellants.

Judgment affirmed, without costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.